# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DAMIAN MENDEZ,** <br> **JOSE ANTONIO MARTINEZ JIMENEZ** <br>   On behalf of himself and all <br>   other similarly-situated persons, <br><br> Plaintiffs, <br> v. <br><br> **BOB'S DISCOUNT FURNITURE, LLC,** <br> **NEHDS LOGISTICS LLC,** <br> **ABC CORPS., and JANE & JOHN DOES,** <br><br> Defendants. | CIVIL ACTION <br><br> Case No. 3:20-cv-00849-RNC <br><br><br><br><br><br><br><br> August 24, 2022 |

## JOINT NOTICE OF SETTLEMENT

This notice is to serve that this matter has been settled but not yet withdrawn pending the finalizing of settlement terms and signing of releases.

**THE PLAINTIFFS**
by their attorneys,

*/s/ Donald Jeremiah Trella*
Donald Jeremiah Trella (ct30823)
GRADY & RILEY, LLP
86 Buckingham Street
Waterbury, CT 06710
Phone: (203) 575-1131
Fax: (203) 754-1675
Email: dtrella@gradyriley.com

Robert C. Lubus, Jr. (ct03660)
GRADY & RILEY, LLP
86 Buckingham Streetaterbury, CT 06710
Phone: (203) 575-1131
Fax: (203) 754-1675
Email: rlubus@gradyriley.com

**THE DEFENDANT**
**BOB'S DISCOUNT FURNITURE, LLC,**
by its attorneys,

*/s/ Michael T. Maroney*
Dawn Rudenko (Bar No. ct30946)
HOLLAND & KNIGHT LLP
One Stamford Plaza
263 Tresser Boulevard
Stamford, CT  06901
Telephone:  (203) 905-4520
Fax:  (203) 905-4501
Email: dawn.rudenko@hklaw.com

Michael T. Maroney (Bar No. phv10808)
Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116
Phone:  (617) 523-2700
Fax:  (617) 523-6850
Email: michael.maroney@hklaw.com

**THE DEFENDANT**
**NEHDS Logistics, LLC**
by its attorney,

*/s/ Gabriel T. Dym*
Gabriel T. Dym (ct439968)
Eckert Seamans Cherin & Mellott, LLC
Two International Place, 16th Floor
Boston, MA 02110
Phone: (617) 342-6836
Fax: (617) 342-6899
Email: gdym@eckertseamans.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2022, a copy of foregoing motion to extend was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                                        */s/ Donald Jeremiah Trella*  
                                                                        Donald Jeremiah Trella (ct30823)  
                                                                        GRADY & RILEY, LLP