UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAMIAN MENDEZ, and JOSE ANTONIO MARTINEZ JIMENEZ, on behalf of themselves and all other similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>BOB'S DISCOUNT FURNITURE, LLC, NEHDS LOGISTICS LLC, ABC CORPS., and JANE & JOHN DOES,<br><br>Defendants. | C.A. No. 3:20–cv–00849 (RNC) |

**SUPPLEMENTAL NOTICE OF SETTLEMENT AND JOINT STATEMENT**

In accordance with the Second Circuit's requirement that this Court approve the settlement of Fair Labor Standards Act ("FLSA") (29 U.S.C. § 201 *et seq.*) claims (*see, e.g.*, *Fisher v. SD Prot. Inc.*, 948 F.3d 593, 599 (2d Cir. 2020)), the Parties — Plaintiffs Damian Mendez ("Mendez") and Jose Antonio Martinez Jimenez ("Jimenez") and Defendants Bob's Discount Furniture, LLC ("Bob's") and NEHDS Logistics LLC ("NEHDS") — jointly state that they have resolved this action through a mutually agreed-upon settlement and respectfully request an order approving the terms of their settlement. In support of this motion, the Parties state as follows:

1.      This is a misclassification case. From June 2017 to March 2020, Mendez and Jimenez worked delivering furniture to Bob's customers' homes; Bob's contracted with NEHDS to provide delivery logistics services. Mendez and Jimenez claim that Bob's and NEHDS employed and misclassified them as independent contractors, violating the FLSA, 29 U.S.C. § 216. Bob's and NEHDS dispute these claims, contending, *inter alia*, that they did not employ

Mendez or Jimenez under the FLSA. The Parties have litigated this case for over two years and have engaged in considerable discovery and motion practice. Class certification was never sought or obtained in this case.

2.      The Parties have now agreed to settle Mendez's claim for $26,000.00 and Jimenez's claim for $16,000.00 for a total payment of $42,000. That agreed-upon settlement amount is the product of rigorous arms' length negotiations between counsels experienced in assessing, litigating, and negotiating settlements of FLSA claims and defenses. The settlement amount to be paid represents a fair and reasonable resolution of Mendez's and Jimenez's claims and Bob's and NEHDS' defenses, given the anticipated burdens and expenses to be borne by all Parties were this case to proceed to trial.

3.      The settlement amounts to be paid to Mendez and Jimenez also include attorneys' fees and costs. In accordance with Mendez's and Jimenez's retainer agreements with the undersigned Counsel, Mendez's and Jimenez's Counsel will retain a standard one-third share of the settlement (i.e., $14,000) and reimbursement of costs of $2323.61 allocated equally between the claimants. Mendez's and Jimenez's Counsel is willing to accept this amount given Mendez's and Jimenez's desires to settle this dispute and given the uncertainty that they would prevail at trial (and thereby recover any fees at all).

4.      Given the reasonableness of the mutually agreed-upon settlement of this case, reached through an arms' length negotiation between experienced counsels, the Parties do not believe that a fairness hearing is required to approve the Parties' settlement.

**WHEREFORE**, the Parties request that the Court grant their joint request and enter an order approving the settlement agreement between Plaintiffs Damian Mendez and Jose Antonio

Martinez Jimenez and Defendants Bob's Discount Furniture, LLC and NEHDS Logistics LLC as

fair and reasonable under all the circumstances.

Respectfully submitted,

PLAINTIFFS,
DAMIAN MENDEZ and
JOSE ANTONIO MARTINEZ JIMENEZ,
By their attorneys,


*/s/ Donald Jeremiah Trella*
Donald Jeremiah Trella (CT 30823)
Robert C. Lubus, Jr. (CT 03660)
Grady & Riley, LLP
86 Buckingham Street
Waterbury, CT 06710
Phone: (203) 575-1131
Fax: (203) 754-1675
dtrella@gradyriley.com
rlubus@gradyriley.com


DEFENDANTS,
NEHDS LOGISTICS LLC                                  BOB'S DISCOUNT FURNITURE, LLC
By its attorney,                                     By its attorney,


*/s/ Gabriel T. Dym*                                 */s/ Dawn Rudenko*
Gabriel T. Dym, Esq. (CT 30639)                      Dawn Rudenko, Esq. (CT 30946)
Eckert Seamans Cherin & Mellott, LLC                 Holland & Knight LLP
Two International Place, 16th Floor                  One Stamford Plaza
Boston, MA 02110                                     263 Tresser Boulevard
Tel: 617-342-6836                                    Stamford, CT 06901
Fax: 617-342-6899                                    Tel: 203-905-4520
gdym@eckertseamans.com                               Fax: 203-905-4501
                                                     dawn.rudenko@hklaw.com

                                                     Michael T. Maroney (Bar No. phv10808)
                                                     Holland & Knight LLP
                                                     10 St. James Avenue
                                                     Boston, MA 02116
                                                     Tel: 617-523-2700
                                                     Fax: 617-523-6850
                                                     michael.maroney@hklaw.com

Dated: September 23, 2022

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent via U.S. mail, postage prepaid, to those parties that are as non-registered participants.

                                              */s/ Gabriel T. Dym*
                                              Gabriel T. Dym

105525349.1